**UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA**

---

| | |
|---|---|
| David G. Velde, | Civil No. 06-2305 (RHK/RLE) |
| Plaintiff, | |
| | **ORDER** |
| vs. | |
| Howard Steinmetz | |
| Defendant. | |

---

Based upon the Stipulation of Dismissal (Doc. No. 30), **IT IS ORDERED** that Plaintiff's remaining counts in the above-entitled action are hereby **DISMISSED WITH PREJUDICE** and without costs or disbursements to any party.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated : August 16, 2007

s/Richard H. Kyle
RICHARD H. KYLE
United States District Judge